**Order entered November 30, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00191-CV

**FIELDALE FARMS CORPORATION AND
OZARK MOUNTAIN POULTRY, INC., Appellants**

**V.**

**SOMMA FOOD GROUP, LLC AND
HOUSE OF RAEFORD FARMS, INC., Appellees**

**On Appeal from the 14th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-17-00698**

## ORDER

Before the Court is appellee House of Raeford Farms, Inc.'s motion to postpone oral argument, its supplement to the motion, the joint response of appellants Fieldale Farms Corporation and Ozark Mountain Poultry, Inc. opposing the motion, the response of SOMMA Food Group, LLC opposing the motion, and House of Raeford Farms, Inc.'s reply in support of its motion. Appellee House of Raeford Farms, Inc. requests the Court to "postpone oral argument and

consideration of the merits of the parties' arguments in this appeal" until a bill of review proceeding now pending in the trial court is complete.

We **GRANT** the motion, and we **ABATE** this appeal. We **DIRECT** the Clerk to remove this case from the Court's December 8, 2021 oral argument docket. The case shall be removed from the Court's active docket for 120 days or until a motion to reinstate or dismiss the appeal is filed, whichever comes first.

/s/ LESLIE OSBORNE
   PRESIDING JUSTICE